July 6, 2021

**VIA E-FILING**

Hon. Lynn Adelman
United States District Judge
United States District Court for the
Eastern District of Wisconsin
517 East Wisconsin Avenue, Room 362
Milwaukee, Wisconsin 53202

Re: *Evans v. Douglas, et al.*
Case No. 17-CV-1133-LA

Dear Judge Adelman:

On behalf of defendants Abie Douglas, Todd Dickau, Kenyon Kirksey, Kevin Nyklewicz, and Calvin Smith, I write to advise the Court that my clients consent to the suggestion made by *pro se* plaintiff, Markus Evans, in his letter filed on June 1, 2021 (ECF No. 118) that this matter be referred to one of the U.S. Magistrate Judges for mediation.

Thank you for your consideration of the foregoing.

Respectfully submitted,

**HANSEN REYNOLDS LLC**

Andrew A. jones
ajones@hansenreynolds.com

cc: Markus Evans (via U.S. Mail)
Dale R. Nikolay (via ECF)