UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WISCONSIN

MARKUS EVANS

PLAINITFF,

V.

ABIE DOUGLAS, et al.,

DEFENDANTS.

U.S. District Court
Wisconsin Eastern
AUG 0 2 2021
FILED
Clerk of Court

RE: MEDITATION, RETAIN ATTORNEY FOR MEDITATION

CASE NO: 17-CV-1133

DEAR JUDGE ALDERMAN:

1. ON JUNE 21, 2021 DEFENDANTS GOT NEW COUNSEL (ANDREW JONES) A DAY BEFORE MEDITATION WAS SCHEDULE ON JUNE 22, 2021. THAT MEDITATION WAS CANCELLED AND PLAINTIFF BELIEVE THAT MAY HAVE BEEN SO NEW COUNSEL COULD GET FAMILIAR WITH THE CASE.

ON JULY 6, 2021 ATTORNEY ANDREW JONES SENT A LETTER TO THE COURT INDICATING THAT THE DEFENDANTS ARE WILLING TO HAVE A MAGISTRATE ASSIGNED TO DO MEDIATION. PLAINTIFF HAS HAD A ATTORNEY CALL JULY 16, 2021 WITH A MICHELLE FIGUEROA AND WILL RETAIN HER IN ABOUT TWO WEEK, SHE SHOULD HAVE ALL THE NECESSARY PAPERWORK IN ABOUT A WEEK TO GET CAUGHT UP TO SPEED. THE POINT OF THIS INFORMATION IS FOR THE COURTS TO CONSIDER THIS WHEN SETTING A NEW DATE FOR MEDITATION AND OF COURSE PLAINTIFF'S SOON TO BE COUNSEL WILL PUT IN A NOTICE OF APPEARANCE.

2. THIS LETTER WAS DRAFTED BY G'ESA KALAFI AKA STANLEY FELTON HOUSED AT KETTLE MORAINE CORRECTIONAL INSTITUTION WHO ACTUALLY WAS PLAINTIFF LEGAL AID DURING THIS LITIGATION IN THIS LAWSUIT. BECAUSE PLAINTIFF IS IN SEGREGATION AND WILL NOT BE OUT UNTIL AUGUST 13, 2021 KALAFI DRAFTED THIS LETTER UP FOR HIM MAILED IT VIA SNAIL MAIL FOR HIM TO SIGN AND SENT TO THE COURTS AND DEFENDANT'S COUNSEL. THIS LETTER IS COMPLETED JULY 16, 2021.

Sincerely,

x ------------------------------------------------------------

MARKUS EVANS

GBCI/BOX 19033

GREEN BAY, WI 54307

cc: Andrew A. Jones (via U.S. Mail)

GREEN BAY WI 543
27 JUL 2021 PM 2 L

