**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF WISCONSIN**

---

**MARKUS EVANS**,

**Plaintiff,**

v. Case No. 17-CV-1133 (LA)

**LT. ABIE DOUGLAS,**
**TODD DICKAU,**
**KENYON KIRKSEY, and**
**CALVIN SMITH**,

**Defendants.**

---

## SETTLEMENT CONFERENCE MINUTES

---

**HONORABLE WILLIAM E. CALLAHAN PRESIDING**

DATE: December 15, 2021

START TIME: 10:00 a.m. END TIME: 1:40 p.m.

APPEARANCES by Zoom:
PLAINTIFF – Markus Evans with Attorney Michele Figueroa
DEFENDANT – Lt. Abie Douglas, Todd Dickau, Kenyon Kirksey, and Calvin Smith with Attorneys Andrew Jones and Dale Nikolay and Insurance Representative Brian Knee

DISPOSITION:
A mediation was conducted in this case on December 15, 2021. The mediation was successful in that the plaintiff's claim was settled. Thus, this case will be reassigned to Judge Adelman for entry of an appropriate order of dismissal once all settlement documents have been executed.

So Ordered.